**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Loretta Rose Adams aka Loretta R. Adams, aka Loretta Adams** | **BK NO. 25-02129 MJC** |
|       **Debtor(s)** | **Chapter 13** |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

         Respectfully submitted,

     /s/*Matthew Fissel*
     Matthew Fissel
     08 Aug 2025, 12:11:33, EDT


     KML Law Group, P.C.
     BNY Mellon Independence Center
     701 Market Street, Suite 5000
     Philadelphia, PA  19106
     215-627-1322

Document ID: 4f6969429a2dbb96b72c49eb2306c9b7e501b4c330f7a973747233d9c124b19