UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                        Bankr. Case No. 25-02129-13

Loretta Rose Adams                                                        Chapter 13
        Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

AmeriCredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX  76096

By  /s/  Mandy Youngblood

 Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                          Bankr. Case No. 25-02129-13

Loretta Rose Adams                                                              Chapter 13
        Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to, or served electronically on, the following
individuals on August 21, 2025 :

Jason Paul Provinzano                        Jack N Zaharopoulos
16 W NORTHAMPTON ST                          U.S. TRUSTEE
WILKES BARRE, PA  18701                       STANDING CHAPTER 13 TRUSTEE
                                             8125 Adams DRIVE, SUITE A
                                             HUMMELSTOWN, PA 17036

                                        By  /s/  Mandy Youngblood
                                            _____
                                            Mandy Youngblood

xxxxx93447 / 1117207