| | |
|---|---|
| In re: | Case No. 25-02129-MJC |
| Loretta Rose Adams | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 08, 2025 | Form ID: ntcnfhrg | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Loretta Rose Adams, 1 Morgan Terrance, Plymouth, PA 18651-2421 |
| 5739635 | + | Pennsylvania Department of Revenue, Office of Attorney General, 15th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5730231 | | Wilkes-Barre General Hospital, 575 N River St, Wilkes Barre, PA 18764-0999 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 08 2025 18:47:56 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5730224 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 08 2025 18:43:00 | Americredit Financial Services Inc, 801 Cherry St, Fort Worth, TX 76102-6803 |
| 5735301 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 08 2025 18:43:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5731789 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 08 2025 18:48:41 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5730223 | | Email/Text: ally@ebn.phinsolutions.com | Sep 08 2025 18:43:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 5730222 | | Email/Text: ally@ebn.phinsolutions.com | Sep 08 2025 18:43:00 | Ally Financial, Inc, PO Box 380901, Bloomington, MN 55438-0901 |
| 5734979 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 08 2025 18:43:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5730226 | | Email/Text: ECF@fayservicing.com | Sep 08 2025 18:43:00 | Fay Servicing LLC, Attn: Bankruptcy Dept, PO Box 809441, Chicago, IL 60680-9441 |
| 5730227 | + | Email/Text: ECF@fayservicing.com | Sep 08 2025 18:43:00 | Fayfinancial, 1601 Lyndon B Johnson Fwy, Farmers Branch, TX 75234-6512 |
| 5730228 | | Email/Text: contact@fiwlaw.com | Sep 08 2025 18:43:00 | Frederic I. Weinberg & Associates, PC, 375 E Elm St Ste 210, Conshohocken, PA 19428-1973 |
| 5739634 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 08 2025 18:43:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5730229 | ^ | MEBN | Sep 08 2025 18:39:35 | KML Law Group, PC, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |

| 5730230 | + Email/Text: MDSBankruptcies@meddatsys.com | | |
|---|---|---|---|
| | | Sep 08 2025 18:43:00 | Medical Data Systems I, 645 Walnut St, Gadsden, AL 35901-4173 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5735302 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5730225 | ##+ | Burton Neil & Associates PC, 1060 Andrew Dr Ste 170, West Chester, PA 19380-5600 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2025　　　　Signature:　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Loretta Rose Adams MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | | |
|---|---|---|
| Loretta Rose Adams,<br>aka Loretta R. Adams, aka Loretta Adams, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:25−bk−02129−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 9, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: October 16, 2025<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 8, 2025 |

ntcnfhrg (08/21)