UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|    LORETTA ROSE ADAMS, : | |
|    AKA LORETTA R. ADAMS, : | |
|    AKA LORETTA ADAMS, : | CHAPTER 13 |
|       Debtor(s) : | |
| : | |
|    JACK N. ZAHAROPOULOS, : | |
|    CHAPTER 13 TRUSTEE, : | |
|       Movant : | |
| : | |
|       vs. : | |
| : | |
|    LORETTA ROSE ADAMS, : | |
|    AKA LORETTA R. ADAMS, : | |
|    AKA LORETTA ADAMS, : | |
|       Respondent(s) : | CASE NO. 5:25-bk-02129-MJC |

TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

AND NOW, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and objects to confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

    a. The Plan is underfunded relative to claims to be paid. The Plan is underfunded because the real estate may not sell, or it may sell for a price that is not sufficient to pay attorney fees and priority tax claims in full.

*[The remainder of this page has been left intentionally blank.]*

WHEREFORE, Trustee alleges and avers that the Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

a. deny confirmation of Debtor(s)' Plan;
b. dismiss or convert Debtor(s)' case; and
c. provide such other relief as is equitable and just.

Dated: September 24, 2025

Respectfully submitted:

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Agatha R. McHale, Esquire
Attorney for Trustee

CERTIFICATE OF SERVICE

       I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

    Jason P. Provinzano, Esquire
    Law Offices of Jason P. Provinzano LLC
    16 W Northampton Street
    Wilkes-Barre, PA 18701-1708

Dated: September 24, 2025

                                              /s/ Matthew Harnsberger, Legal Assistant
                                              Office of Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee