IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 13 |
| Loretta Rose Adams | : | |
| Debtor | : | Case No.: 5:25-bk-02129-MJC |
| v. | : | |
| | : | |
| Fay Servicing, LLC, | : | |
| Wilkes-Barre General Hospital, | : | |
| AmeriCredit Financial Services, Inc., | : | |
| Internal Revenue Service, | : | |
| Pennsylvania Department of Revenue, and | : | |
| Jack N. Zaharopoulos, Trustee | : | |
| Respondents | : | |

**MOTION TO APPROVE SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CHARGES, AND ENCUMBRANCES
AND APPROVING DISTRIBUTION OF PROCEEDS
(Property: 1 Morgan Terrace, Plymouth, Pennsylvania 18651)**

AND NOW comes, Loretta Rose Adams ("Movant"), by and through her attorney, Jason P. Provinzano, Esquire, of the Law Offices of Jason P. Provinzano, LLC, and files this Motion to Approve the Sale of Real Property Free and Clear of Liens, Claims and Encumbrances and Approving Distribution of Proceeds:

1. Movant became the fee simple owner of real property located at 1 Morgan Terrace, Plymouth, Pennsylvania 18651 (hereinafter "the Property") for $1.00 (Exhibit A – Deed).

2. On July 30, 2025, Movant filed a Chapter 13 Petition with the United States Bankruptcy Court for the Middle District of Pennsylvania.

3. Respondent, Fay Servicing, LLC, holds a first lien mortgage on the Property in the approximate amount of $80,669.00.

4. Respondent, AmeriCredit Financial Services, Inc., holds a judgment lien of approximately $4,574.69, as recorded under Docket No. 2016-02875 in the Luzerne County Court of Common Pleas (Exhibit B – Entry of Judgment).

5. Respondent, Wilkes Barre Hospital Company, LLC, holds a judgment lien of approximately $1,939.60, as recorded under Docket No. 2020-06190 in the Luzerne County Court of Common Pleas (Exhibit C – Entry of Judgment).

6. Movant entered into a Listing Contract with Wychock Real Estate, LLC ("Broker") and Tanya Gilbert ("Realtor") to offer the Property for sale at a listing of price of $200,000.

7. On or about August 11, 2025, Debtor executed an Agreement of Sale (the "Agreement") with Ashley Alba ("the Buyer") for a purchase price of $190,000.00 and "Closing Cost Assistance" in the amount of $10,000.00 (Exhibit D – Standard Agreement for the Sale of Real Estate).

8. Movant believes that the purchase price offered is fair consideration given the current market conditions.

9. The sale is not subject to higher or better offers.

10. The Buyer is neither a relative nor an insider of Movant.

11. Movant's interest in the Property is subject to the following:

    a. Mortgage in the first position in favor of Fay Servicing, LLC in the approximate amount of $80,669.00;

    b. Judgment lien held by AmeriCredit Financial Services, Inc. in the approximate amount of $4,574.69, as recorded under Docket No. 2016-02875 in the Luzerne County Court of Common Pleas, and

    c. Judgment lien held by Wilkes Barre Hospital Company, LLC in the approximate amount of $1,939.60, as recorded under Docket No. 2020-06190 in the Luzerne County Court of Common Pleas.

12. Movant's First Amended Chapter 13 Plan (Dkt. No. 19) proposes to pay all creditors, which includes but is not limited to unsecured, priority unsecured, and secured creditors, in full (i.e. 100% Plan) with the processed from the sale.

13. Movant requests that this sale be free and clear of all liens, claims, and encumbrances, with such liens, claims and encumbrances to be payable and paid as set forth in Paragraph 11.

14. Movant believes that the consideration payable by the Buyer, under the Standard Agreement for the Sale of Real Estate, is fair and reasonable.

WHEREFORE, Movant respectfully requests that this Honorable Court issue an Order approving of the sale of the Property and approving distribution of proceeds as follows:

1. Any and all valid mortgages, which includes but is not limited to Fay Servicing, LLC.

2. Any and all valid liens, which includes but is not limited to:
   a. AmeriCredit Financial Services, Inc.
   b. Wilkes Barre Hospital Company, LLC

3. Realtor's commission as provided for in the listing agreement (i.e. 2% of the Purchase Price).

4. Any usual and customary notary and/or incidental recording fees associated with the sale of the Real Property for which Movant, as the Seller, is responsible.

5. Payment of all usual and customary closing costs for which Movant, as the Seller, is responsible.

6. Movant's contractual share of the transfer taxes.

7. Sewer and/or recycling fees due that may be due as of the date of settlement.

8. Any Municipal Claims due as of the date of settlement.

9. The payment of customary pro-rations at closing of the current real estate taxes, sewer charges, recycling fees, refuse fees, and other closing costs.

10. Attorney's Fee of One Thousand Five Hundred Dollars ($1,500.00) payable to the Law Offices of Jason P. Provinzano, LLC, which includes costs and expenses associated with filing the Sale Motion from the gross proceed of the sale.

11. Jack N. Zaharopoulos, Chapter 13 Trustee, shall receive $9,889.00.00, which is the remaining balance to satisfy Movant's First Amended Chapter 13 Plan in full.
    a. Attorney Fee: $5,000.00
    b. Internal Revenue Service: $3,686.00
    c. Pennsylvania Dept. of Revenue $ 203.00
    d. Chapter 13 Trustee Commission (Est.) $1,000.00

12. At the time of the closing, Movant, Loretta Rose Adams, shall receive any and all remaining net sale proceeds.

Respectfully submitted,

Date: <u>September 07, 2025</u>

/s/ Jason P. Provinzano, Esquire
By: Jason P. Provinzano, Esquire
Law Offices of Jason P. Provinzano, LLC
16 W. Northampton Street
Wilkes-Barre, PA 18701
P: 570-822-5771
F: 570-908-6664
PA ID: 306451