IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 13 |
| Loretta Rose Adams | : | |
| Debtor | : | Case No.: 5:25-bk-02129-MJC |
| v. | : | |
| | : | |
| Fay Servicing, LLC, | : | |
| Wilkes-Barre General Hospital, | : | |
| AmeriCredit Financial Services, Inc., | : | |
| Internal Revenue Service, | : | |
| Pennsylvania Department of Revenue, and | : | |
| Jack N. Zaharopoulos, Trustee | : | |
| Respondents | : | |

## NOTICE OF WITHDRAWAL OF MOTION FOR SALE OF REAL PROPERTY

AND NOW COMES Loretta Rose Adams by and through counsel, Jason P. Provinzano, Esquire, and hereby withdraws the Motion for Sale of Property Free and Clear of Liens (Dkt. No. 20), which was filed with this Honorable Court on September 7, 2025.

Respectfully submitted,

Date: October 07, 2025

/s/ Jason P. Provinzano, Esquire
By: Jason P. Provinzano, Esquire
Law Offices of Jason P. Provinzano, LLC
16 W. Northampton Street
Wilkes-Barre, PA 18701
P: 570-822-5771
F: 570-908-6664
PA ID: 306451