IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Loretta Rose Adams, | : | |
| Debtor | : | Bankruptcy Case No.: 5:25-bk-02129 MJC |
| v. | : | |
| Fay Servicing, LLC, | : | |
| Wilkes-Barre General Hospital, | : | |
| AmeriCredit Financial Services, Inc., | : | |
| Internal Revenue Service, | : | |
| Pennsylvania Department of Revenue, | : | |
| and Jack N. Zaharopoulos, Trustee | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE

I certify that on November 10, 2025 I served a copy of Movant's Motion for Sale of Real Property Free and Clear of Liens, Claims and Encumbrances and Approving Distribution of Proceeds, Proposed Order, Notice, and Order setting Response Deadline and Hearing Date upon all individuals and entities listed in the attached Mailing Matrixes via CM/ECF and/or by regular first-class mail.

Additionally, the following parties have also been served said documents by first-class mail, postage prepaid:

Pennsylvania Department of Revenue
Attn: Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128

Attn: Dave Sunday, Attorney General
PA Office of Attorney General
Strawberry Square, 16th Floor
Harrisburg, PA 17102

Pennsylvania Department of Revenue
Bank Towers
207 Wyoming Avenue, RM 207
Scranton, PA 18503

Attn: Patrick M. Browne, Secretary of Revenue
508 Main Capitol Building
Harrisburg, PA 17120

Attn: Governor Josh Shapiro
508 Main Capitol Building
Harrisburg, PA 17120

Attn: Edward Fay, CEO
Fay Servicing, LLC
5426 Bay Center Drive, Ste 300
Tampa, FL 33609

| | |
|---|---|
| Internal Revenue Service<br>1111 Constitution Avenue NW<br>Washington, DC 20224 | Attn: Daniel I. Werfel, Commission of the IRS<br>Internal Revenue Service<br>1111 Constitution Avenue NW<br>Washington, DC 20224 |
| Attn: Pam Bondi, U.S. Attorney General<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530-0001 | Attn: Brian D. Miller, U.S. Attorney for the<br>Middle District of Pennsylvania<br>William J. Nealon Federal Building<br>235 N. Washington Avenue, Ste 311<br>Scranton, PA 18503 |
| Internal Revenue Service<br>Stegmaier Federal Building<br>7 Wilkes Barre Blvd<br>Wilkes Barre, PA 18702 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 |
| Internal Revenue Service<br>600 Arch Street, Room 5200<br>Philadelphia, PA 19106 | Attn: Daniel E. Berce, CEO<br>AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>801 Cherry Street, Suite 3500<br>Fort Worth, TX 76102 |
| Attn: Michael Clark, CEO<br>Wilkes Barre General Hospital<br>575 North River Street<br>Wilkes Barre, PA 18764 | |

I certify under penalty of perjury that the foregoing is true and correct.

Date: <u>November 10, 2025</u>  /s/ Jason P. Provinzano, Esquire
By: Jason P. Provinzano, Esquire

```
Label Matrix for local noticing            Ally Bank c/o AIS Portfolio Services, LLC    AmeriCredit Financial Services, Inc. dba GM
0314-5                                     4515 N Santa Fe Ave. Dept. APS               P O Box 183853
Case 5:25-bk-02129-MJC                     Oklahoma City, OK 73118-7901                 Arlington, TX 76096-3853
Middle District of Pennsylvania
Wilkes-Barre
Mon Nov 10 18:31:34 EST 2025

U.S. Bankruptcy Court                      Ally Bank                                    Ally Financial, Inc
Max Rosenn U.S. Courthouse                 AIS Portfolio Services, LLC                  Attn: Bankruptcy
197 South Main Street                      4515 N Santa Fe Ave. Dept. APS               PO Box 380901
Wilkes-Barre, PA 18701-1500                Oklahoma City, OK 73118-7901                 Bloomington, MN 55438-0901


Ally Financial, Inc                        (p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN   Burton Neil & Associates PC
PO Box 380901                              PO BOX 183853                                1060 Andrew Dr Ste 170
Bloomington, MN 55438-0901                 ARLINGTON TX 76096-3853                      West Chester, PA 19380-5600


(p)FAY SERVICING  LLC                      Fayfinancial                                 Frederic I. Weinberg & Associates, PC
P O BOX 814609                             1601 Lyndon B Johnson Fwy                    375 E Elm St Ste 210
DALLAS TX 75381-4609                       Farmers Branch, TX 75234-6512                Conshohocken, PA 19428-1973


GEISINGER                                  Internal Revenue Service                     KML Law Group, PC
PO BOX 1123                                Centralized Insolvency Operation             701 Market Street, Ste 5000
MINNEAPOLIS, MN 55440-1123                 PO Box 7346                                  Philadelphia, PA 19106-1541
                                           Philadelphia, PA 19101-7346


Medical Data Systems I                     Pennsylvania Department of Revenue           United States Trustee
645 Walnut St                              Office of Attorney General                   US Courthouse
Gadsden, AL 35901-4173                     15th Floor, Strawberry Square                1501 N. 6th St
                                           Harrisburg, PA 17120-0001                    Harrisburg, PA 17102-1104


Wilkes-Barre General Hospital              (p)JACK N  ZAHAROPOULOS                      Jason Paul Provinzano
575 N River St                             ATTN CHAPTER 13 TRUSTEE                      Law Offices of Jason P. Provinzano, LLC
Wilkes Barre, PA 18764-0999                8125 ADAMS DRIVE SUITE A                     16 W. Northampton Street
                                           HUMMELSTOWN PA 17036-8625                    Wilkes Barre, PA 18701-1708


Loretta Rose Adams
1 Morgan Terrance
Plymouth, PA 18651-2421
```

         The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
         by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
AmeriCredit Financial Services, Inc.       (d)Americredit Financial Services Inc        Fay Servicing LLC
dba GM Financial                           801 Cherry St                                Attn: Bankruptcy Dept
P O Box 183853                             Fort Worth, TX 76102-6803                    PO Box 809441
Arlington, TX 76096                                                                     Chicago, IL 60680-9441
```

(d)Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)US Bank Trust National Association, Not In

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)AmeriCredit Financial Services, Inc. dba G
P O Box 183853
Arlington, TX 76096-3853

End of Label Matrix
Mailable recipients    21
Bypassed recipients     3
Total                  24