United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 25-02129-MJC
Loretta Rose Adams  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Dec 08, 2025      Form ID: pdf010      Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Attn: Brian D. Miller,, U.S. Attorney for the, Middle District of Pennsylvania, William J. Nealon Federal Building, 235 N. Washington Avenue, Ste 311 Scranton, PA 18503-1533 |
| | + | Attn: Daniel E. Berce, CEO, AmeriCredit Financial Services, Inc., dba GM Financial, 801 Cherry Street, Suite 3500, Fort Worth, TX 76102-6854 |
| | + | Attn: Daniel I. Werfel,, Commission of the IRS, Internal Revenue Service, 1111 Constitution Avenue NW, Washington, DC 20224-0002 |
| | | Attn: Dave Sunday, Attorney General, PA Office of Attorney General, Strawberry Square, 16th Floor, Harrisburg, PA 17102 |
| | + | Attn: Edward Fay, CEO, Fay Servicing, LLC, 5426 Bay Center Drive, Ste 300, Tampa, FL 33609-3401 |
| | + | Attn: Governor Josh Shapiro, 508 Main Capitol Building, Harrisburg, PA 17120-0022 |
| | + | Attn: Michael Clark, CEO, Wilkes Barre General Hospital, 575 North River Street, Wilkes Barre, PA 18764-0001 |
| | | Attn: Pam Bondi,, U.S. Attorney General, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001 |
| | + | Attn: Patrick M. Browne,, Secretary of Revenue, 508 Main Capitol Building, Harrisburg, PA 17120-0022 |
| | + | Pennsylvania Department of Revenue, Bank Towers, 207 Wyoming Avenue, RM 207, Scranton, PA 18503-1249 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 08 2025 18:42:00 | Internal Revenue Service, 1111 Constitution Avenue NW, Washington, DC 20224 |
| | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 08 2025 18:42:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Stegmaier Federal Building, 7 Wilkes Barre Blvd, Wilkes Barre, PA 18702 |
| | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Loretta Rose Adams MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 13 |
| Loretta Rose Adams | : | |
|         Debtor | : | Case No.: 5:25-bk-02129-MJC |
| | : | |
| Loretta Rose Adams, | : | |
|         Movant | : | |
|         v. | : | |
| Fay Servicing, LLC, | : | |
| Wilkes-Barre General Hospital, | : | |
| AmeriCredit Financial Services, Inc., | : | |
| Internal Revenue Service, | : | |
| Pennsylvania Department of Revenue, | : | |
| and Jack N. Zaharopoulos, Trustee | : | |
|         Respondents | : | |

## ORDER

Upon consideration of Movant's Motion to Approve Sale of Real Property Free and Clear of All Liens, Charges, and Encumbrances and Approving Distribution of Proceeds, Doc. 33 ("Motion"), after counsel's certification that proper notice was provided to all parties entitled to notice, no responses having been filed thereto, it is hereby

**ORDERED** that the Motion is **GRANTED** and Movant is granted leave to sell real estate of the above captioned case located at 1 Morgan Terrace, Plymouth, Pennsylvania 18651 ("Property"), more particularly identified in the Luzerne County Recorder of Deeds in Book 2400, Page 995, to Lidia Margarita Cuevas, free and clear of any liens or encumbrances, for the sum of One Hundred Seventy Thousand Dollars and Zero Cents ($170,000.00), pursuant to the written Sales Agreement attached to the Motion; it is further

**ORDERED** that Movant is empowered to execute all papers and documents reasonably necessary to transfer said Property and to effectuate the sale; it is further

**ORDERED** that Fed. R. Bankr. P. Rule 6004(h) is not applicable, and the Property may be sold and purchased promptly; it is further

**ORDERED** that all liens against the Property sold shall attach to the proceeds of sale with the same validity, priority, and amount as existed prior to sale.

Further, Movant is granted leave to allow distribution of the proceeds of the sale at closing as set forth below:

1. Any and all valid mortgages, which includes but is not limited to Fay Servicing, LLC.

   a. Any and all valid mortgages and/or secured creditor liens, which includes but is not limited to Fay Servicing, LLC, shall be paid in full at the closing based upon an up-to-date payoff quote.

   b. Closing shall occur within ninety (90) days from the date of this Order.

2. Any and all valid liens.

3. Realtor's commission as provided for in the listing agreement (i.e. 2% of the Purchase Price).

4. Any usual and customary notary and/or incidental recording fees associated with the sale of the Property for which Movant, as the Seller, is responsible.

5. Payment of all usual and customary closing costs for which Movant, as the Seller, is responsible.

6. Movant's contractual share of the transfer taxes.

7. Sewer and/or recycling fees due that may be due as of the date of settlement.

8. Any Municipal Claims due as of the date of settlement.

9. The payment of customary pro-rations at closing of the current real estate taxes, sewer charges, recycling fees, refuse fees, and other closing costs.

2

10. Attorney's Fee of One Thousand Five Hundred Dollars ($1,500.00) payable to the Law Offices of Jason P. Provinzano, LLC, which includes costs and expenses associated with filing the Sale Motion from the gross proceed of the sale.

11. Jack N. Zaharopoulos, Chapter 13 Trustee, shall receive $9,889.00.00, which is the remaining balance to satisfy Movant's First Amended Chapter 13 Plan in full.

    a. Attorney Fee: $5,000.00
    b. Internal Revenue Service: $3,686.00
    c. Pennsylvania Dept. of Revenue $ 203.00
    d. Chapter 13 Trustee Commission (Est.) $1,000.00

12. Movant, Loretta Rose Adams, shall receive any and all remaining net sale proceeds at the time of the closing.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: December 5, 2025

3