In re:

Loretta Rose Adams

    Debtor

Case No. 25-02129-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5                 User: AutoDocke                 Page 1 of 2

Date Rcvd: Mar 25, 2026            Form ID: pdf010                  Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| | | Attn: Daniel E. Berce, CEO AmeriCredit Financial S, dba GM Financial, 801CherryStreet, Suite3500, FortWorth,TX76102 |
| | + | Attn: Daniel I. Werfel, Commission of the IRS Inte, 1111 Constitution Avenue NW, Washington, DC 20224-0001 |
| | | Attn: Dave Sunday, Attorney General, PA Office of Attorney General, Strawberry Square, 16th Floor, Harrisburg, PA 17102 |
| | + | Attn: Edward Fay, CEO, Fay Servicing, LLC, 5426 Bay Center Drive, Ste 300, Tampa, FL 33609-3401 |
| | + | Attn: Governor Josh Shapiro, 508 Main Capitol Building, Harrisburg, PA 17120-0022 |
| | + | Attn: Michael Clark,, CEO Wilkes Barre General Hospital, 575 North River Street, Wilkes Barre, PA 18764-0999 |
| | + | Attn: Patrick M. Browne,, Secretary of Revenue, 508 Main Capitol Building, Harrisburg, PA 17120-0022 |
| | + | Pennsylvania Department of Revenue, Bank Towers, 207 Wyoming Avenue, RM 207, Scranton, PA 18503-1249 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 25 2026 18:39:00 | Internal Revenue Service, 1111 Constitution Avenue NW, Washington, DC 20224 |
| | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2026 18:39:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| | | Attn: Brian D. Miller,, U.S. Atty for Middle District of PA, William J. Nealon Federal Building, 235 N. Washington Avenue, Ste 311 Scrant |
| | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Stegmaier Federal Building, 7 Wilkes Barre Blvd, Wilkes Barre, PA 18702 |
| | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Loretta Rose Adams MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: :
: Chapter 13
Loretta Rose Adams :
           Debtor : Case No.: 5:25-bk-02129-MJC
      v. :
:
Fay Servicing, LLC, :
Wilkes-Barre General Hospital, :
AmeriCredit Financial Services, Inc., :
Internal Revenue Service, :
Pennsylvania Department of Revenue, and :
Jack N. Zaharopoulos, Trustee :
           Respondents :

## ORDER

Upon consideration of Debtor's Motion to Approve Sale of Real Property Free and Clear of All Liens, Charges, and Encumbrances and Approving Distribution of Proceeds, Doc. 42 ("Motion"), after counsel's certification that proper notice was provided to all parties entitled to notice, no responses having been filed thereto, it is hereby

**ORDERED** that the Motion is **GRANTED** and Movant is granted leave to sell real estate of the above captioned case located at 1 Morgan Terrace, Larksville, Pennsylvania 18651 ("Property"), more particularly identified in the Luzerne County Recorder of Deeds in Book 2400, Page 995, to Marlene Niedermayer and Sybil M. Ahmad, free and clear of any liens or encumbrances, for the sum of One Hundred Eighty Seven Thousand Dollars and Zero Cents ($187,000.00), pursuant to the written Sales Agreement attached to the Motion; it is further

**ORDERED** that Debtor is empowered to execute all papers and documents reasonably necessary to transfer said Property and to effectuate the sale; it is further

**ORDERED** that Fed. R. Bankr. P. Rule 6004(h) is not applicable, and the Property may be sold and purchased promptly; it is further

**ORDERED** that all liens against the Property sold shall attach to the proceeds of sale with the same validity, priority, and amount as existed prior to sale.

Further, Debtor is granted leave to allow distribution of the proceeds of the sale at closing as set forth below:

1. Any and all valid mortgages, which includes but is not limited to Fay Servicing, LLC.

    a. Any and all valid mortgages and/or secured creditor liens, which includes but is not limited to Fay Servicing, LLC, shall be paid in full at the closing based upon an up-to-date payoff quote.

    b. Closing shall occur within ninety (90) days from the date of this Order.

2. Any and all valid recorded judgement liens.

3. Realtor's commission as provided for in the listing agreement (i.e. 3% of the Purchase Price).

4. Any usual and customary notary and/or incidental recording fees associated with the sale of the Property for which Debtor, as the Seller, is responsible.

5. Payment of all usual and customary closing costs for which Debtor, as the Seller, is responsible.

6. Debtor's contractual share of the transfer taxes.

7. Sewer and/or recycling fees due as of the date of settlement.

8. Any municipal claims due as of the date of settlement.

9. The payment of customary pro-rations at closing of the current real estate taxes, sewer charges, recycling fees, refuse fees, and other closing costs.

10. Attorney's Fee of One Thousand Five Hundred Dollars ($1,500.00) payable to the Law Offices of Jason P. Provinzano, LLC, which includes costs and expenses associated with filing the Sale Motion from the gross proceeds of the sale.

11. Jack N. Zaharopoulos, Chapter 13 Trustee, shall receive $9,889.00, which is the remaining balance to satisfy Movant's First Amended Chapter 13 Plan in full.

    a. Attorney Fee                              $5,000.00
    b. Internal Revenue Service                  $3,686.00
    c. Pennsylvania Dept. of Revenue             $  203.00
    d. Chapter 13 Trustee Commission (Est.)      $1,000.00

2

12. Debtor, Loretta Rose Adams, shall receive any and all remaining net sale proceeds at the time of the closing.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: March 25, 2026

3