UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                      :

                                :        CHAPTER 13

LORETTA ROSE ADAMS        :

                                  :        CASE NO.: 5:25-bk-02129-MJC

                 Debtor      :

**PRAECIPE TO CHANGE DEBTOR'S MAILING ADDRESS**

TO THE CLERK OF BANKRUPTCY COURT:

      Please change the mailing address of record for Debtor, Loretta Rose Adams, to **386 Reynold Street, Apt. 4, Kingston, PA 18704**.


Date: <u>April 28, 2026</u>                          /s/ Jason P. Provinzano, Esquire
                                                Law Offices of Jason P. Provinzano, LLC
                                                By: Jason P. Provinzano, Esquire
                                                16 W. Northampton Street
                                                Wilkes-Barre, PA 18701
                                                Attorney ID: 306451
                                                P: 570-822-5771
                                                F: 570-908-6664
                                                Email: MyLawyer@JPPLaw.com