**CORNERSTONE PEO**

# Official Check Stub

| EMPLOYEE NAME | EMPLOYEE ADDRESS | COMPANY NAME | COMPANY ADDRESS | MAILING ADDRESS | CLIENT NO | EMP. NO | CHECK DATE | CHECK NO |
|---|---|---|---|---|---|---|---|---|
| Lori Adams | 1 Morgan Ter, Plymouth, PA 18651 | BCM Security Services, Inc. | 125 N Wilkes Barre Blvd Side 1A, Wilkes Barre, PA 18702 | 125 N Wilkes Barre Blvd Side 1A, Wilkes Barre, PA 18702 | 7100 | 269706 | 4/17/2026 | 1466924 |

Pay Period: 03/28/2026 To 04/10/2026

| | GROSS PAY | TIPS & NON-PAY | TAXES | DEDUCTIONS | NET PAY AFTER TAX | DIR DEPOSIT | FED TAXABLE |
|---|---|---|---|---|---|---|---|
| This Check | $997.50 | | $157.42 | $0.00 | $840.08 | $840.08 | $997.50 |
| Year to Date | $10,794.84 | | $1,890.39 | $0.00 | $8,904.45 | $8,904.45 | $10,689.84 |

| CURRENT WAGES | | | | | DEDUCTIONS AND TAXES | | |
|---|---|---|---|---|---|---|---|
| WAGES | HOURS | RATE | AMOUNT THIS CHECK | | DEDUCTIONS AND TAXES | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE |
| Regular | 66.50 | $15.00 | $997.50 | | FIT | $37.83 | $614.00 |
| Total | 66.50 | | $997.50 | | PSD 400907 - Wilkes Barre City - EIT - Wilkes-Barre A S D | $9.98 | $106.93 |
| | | | | | PSD 400907 - Wilkes Barre City - LST - Wilkes-Barre A S D | $2.00 | $16.00 |
| YEAR TO DATE WAGES | | | | | PA | $30.62 | $328.19 |
| WAGES | | | AMOUNT YEAR-TO-DATE | | FICA SS | $61.84 | $662.77 |
| Regular | | | $997.50 | | FICA Med | $14.46 | $155.02 |
| Salary | | | $9,692.34 | | PA Unemployment Employee | $0.69 | $7.48 |
| Reimbursement | | | $105.00 | | | | |
| Total | | | $10,794.84 | | Total Deductions | $157.42 | $1,890.39 |

 **CORNERSTONE PRO**

# Official Check Stub

| EMPLOYEE NAME | EMPLOYEE ADDRESS | COMPANY NAME | COMPANY ADDRESS | MAILING ADDRESS | CLIENT NO | EMP. NO | CHECK DATE | CHECK NO |
|---|---|---|---|---|---|---|---|---|
| Lori Adams | 386 Reynolds St, Apt 4, Kingston, PA 18704 | BCM Security Services, Inc. | 125 N Wilkes Barre Blvd Side 1A, Wilkes Barre, PA 18702 | 125 N Wilkes Barre Blvd Side 1A, Wilkes Barre, PA 18702 | 7100 | 269706 | 4/3/2026 | 1464012 |

Pay Period: 03/14/2026 To 03/27/2026

| | GROSS PAY | TIPS & NON-PAY | TAXES | DEDUCTIONS | NET PAY AFTER TAX | DIR DEPOSIT | FED TAXABLE |
|---|---|---|---|---|---|---|---|
| This Check | $1,384.62 | | $247.57 | $0.00 | $1,137.05 | $1,137.05 | $1,384.62 |
| Year to Date | $9,797.34 | | $1,732.97 | $0.00 | $8,064.37 | $8,064.37 | $9,692.34 |

| CURRENT WAGES | | | |
|---|---|---|---|
| WAGES | HOURS | RATE | AMOUNT THIS CHECK |
| Salary | 80.00 | $17.31 | $1,384.62 |
| Total | 80.00 | | $1,384.62 |

| YEAR TO DATE WAGES | |
|---|---|
| WAGES | AMOUNT YEAR-TO-DATE |
| Salary | $9,692.34 |
| Reimbursement | $105.00 |
| Total | $9,797.34 |

| DEDUCTIONS AND TAXES | | |
|---|---|---|
| DEDUCTIONS AND TAXES | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE |
| FIT | $82.31 | $576.17 |
| PSD 400907 - Wilkes Barre City - EIT - Wilkes-Barre A S D | $13.85 | $96.95 |
| PSD 400907 - Wilkes Barre City - LST - Wilkes-Barre A S D | $2.00 | $14.00 |
| PA | $42.51 | $297.57 |
| FICA SS | $85.85 | $600.93 |
| FICA Med | $20.08 | $140.56 |
| PA Unemployment Employee | $0.97 | $6.79 |
| Total Deductions | $247.57 | $1,732.97 |

 **Official Check Stub**

| EMPLOYEE NAME | EMPLOYEE ADDRESS | COMPANY NAME | COMPANY ADDRESS | MAILING ADDRESS | CLIENT NO | EMP. NO | CHECK DATE | CHECK NO |
|---|---|---|---|---|---|---|---|---|
| Lori Adams | 1 Morgan Ter, Plymouth, PA 18651 | BCM Security Services, Inc. | 125 N Wilkes Barre Blvd Side 1A, Wilkes Barre, PA 18702 | 125 N Wilkes Barre Blvd Side 1A, Wilkes Barre, PA 18702 | 7100 | 269706 | 3/20/2026 | 1460894 |

Pay Period: 02/28/2026 To 03/13/2026

| | GROSS PAY | TIPS & NON-PAY | TAXES | DEDUCTIONS | NET PAY AFTER TAX | DIR DEPOSIT | FED TAXABLE |
|---|---|---|---|---|---|---|---|
| This Check | $1,384.62 | | $247.57 | $0.00 | $1,137.05 | $1,137.05 | $1,384.62 |
| Year to Date | $8,412.72 | | $1,485.40 | $0.00 | $6,927.32 | $6,927.32 | $8,307.72 |

| CURRENT WAGES | | | |
|---|---|---|---|
| WAGES | HOURS | RATE | AMOUNT THIS CHECK |
| Salary | 80.00 | $17.31 | $1,384.62 |
| Total | 80.00 | | $1,384.62 |

| YEAR TO DATE WAGES | |
|---|---|
| WAGES | AMOUNT YEAR-TO-DATE |
| Salary | $8,307.72 |
| Reimbursement | $105.00 |
| Total | $8,412.72 |

| DEDUCTIONS AND TAXES | | |
|---|---|---|
| DEDUCTIONS AND TAXES | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE |
| FIT | $82.31 | $493.86 |
| PSD 400907 - Wilkes Barre City - EIT - Wilkes-Barre A S D | $13.85 | $83.10 |
| PSD 400907 - Wilkes Barre City - LST - Wilkes-Barre A S D | $2.00 | $12.00 |
| PA | $42.51 | $255.06 |
| FICA SS | $85.85 | $515.06 |
| FICA Med | $20.08 | $120.48 |
| PA Unemployment Employee | $0.97 | $5.82 |
| Total Deductions | $247.57 | $1,485.40 |

 **Official Check Stub**

| EMPLOYEE NAME | EMPLOYEE ADDRESS | COMPANY NAME | COMPANY ADDRESS | MAILING ADDRESS | CLIENT NO | EMP. NO | CHECK DATE | CHECK NO |
|---|---|---|---|---|---|---|---|---|
| Lori Adams | 1 Morgan Ter, Plymouth, PA 18651 | BCM Security Services, Inc. | 125 N Wilkes Barre Blvd Side 1A, Wilkes Barre, PA 18702 | 125 N Wilkes Barre Blvd Side 1A, Wilkes Barre, PA 18702 | 7100 | 269706 | 3/6/2026 | 1457486 |

Pay Period: 02/14/2026 To 02/27/2026

| | GROSS PAY | TIPS & NON-PAY | TAXES | DEDUCTIONS | NET PAY AFTER TAX | DIR DEPOSIT | FED TAXABLE |
|---|---|---|---|---|---|---|---|
| This Check | $1,489.62 | | $247.56 | $0.00 | $1,242.06 | $1,242.06 | $1,384.62 |
| Year to Date | $7,028.10 | | $1,237.83 | $0.00 | $5,790.27 | $5,790.27 | $6,923.10 |

| CURRENT WAGES | | | |
|---|---|---|---|
| WAGES | HOURS | RATE | AMOUNT THIS CHECK |
| Reimbursement | 0.00 | $0.00 | $105.00 |
| Salary | 80.00 | $17.31 | $1,384.62 |
| Total | 80.00 | | $1,489.62 |

| YEAR TO DATE WAGES | |
|---|---|
| WAGES | AMOUNT YEAR-TO-DATE |
| Reimbursement | $105.00 |
| Salary | $6,923.10 |
| Total | $7,028.10 |

| DEDUCTIONS AND TAXES | | |
|---|---|---|
| DEDUCTIONS AND TAXES | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE |
| FIT | $82.31 | $411.55 |
| PSD 400907 - Wilkes Barre City - EIT - Wilkes-Barre A S D | $13.85 | $69.25 |
| PSD 400907 - Wilkes Barre City - LST - Wilkes-Barre A S D | $2.00 | $10.00 |
| PA | $42.51 | $212.55 |
| FICA SS | $85.84 | $429.23 |
| FICA Med | $20.08 | $100.40 |
| PA Unemployment Employee | $0.97 | $4.85 |
| Total Deductions | $247.56 | $1,237.83 |

 **CORNERSTONE**

# Official Check Stub

| EMPLOYEE NAME | EMPLOYEE ADDRESS | COMPANY NAME | COMPANY ADDRESS | MAILING ADDRESS | CLIENT NO | EMP. NO | CHECK DATE | CHECK NO |
|---|---|---|---|---|---|---|---|---|
| Lori Adams | 1 Morgan Ter, Plymouth, PA 18651 | BCM Security Services, Inc. | 125 N Wilkes Barre Blvd Side 1A, Wilkes Barre, PA 18702 | 125 N Wilkes Barre Blvd Side 1A, Wilkes Barre, PA 18702 | 7100 | 269706 | 2/20/2026 | 1453180 |

Pay Period: 01/31/2026 To 02/13/2026

| | GROSS PAY | TIPS & NON-PAY | TAXES | DEDUCTIONS | NET PAY AFTER TAX | DIR DEPOSIT | FED TAXABLE |
|---|---|---|---|---|---|---|---|
| This Check | $1,384.62 | | $247.57 | $0.00 | $1,137.05 | $1,137.05 | $1,384.62 |
| Year to Date | $5,538.48 | | $990.27 | $0.00 | $4,548.21 | $4,548.21 | $5,538.48 |

| CURRENT WAGES | | | |
|---|---|---|---|
| WAGES | HOURS | RATE | AMOUNT THIS CHECK |
| Salary | 80.00 | $17.31 | $1,384.62 |
| Total | 80.00 | | $1,384.62 |

| YEAR TO DATE WAGES | |
|---|---|
| WAGES | AMOUNT YEAR-TO-DATE |
| Salary | $5,538.48 |
| Total | $5,538.48 |

| DEDUCTIONS AND TAXES | | |
|---|---|---|
| DEDUCTIONS AND TAXES | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE |
| FIT | $82.31 | $329.24 |
| PSD 400907 - Wilkes Barre City - EIT - Wilkes-Barre A S D | $13.85 | $55.40 |
| PSD 400907 - Wilkes Barre City - LST - Wilkes-Barre A S D | $2.00 | $8.00 |
| PA | $42.51 | $170.04 |
| FICA SS | $85.85 | $343.39 |
| FICA Med | $20.08 | $80.32 |
| PA Unemployment Employee | $0.97 | $3.88 |
| Total Deductions | $247.57 | $990.27 |

 **Official Check Stub**

| EMPLOYEE NAME | EMPLOYEE ADDRESS | COMPANY NAME | COMPANY ADDRESS | MAILING ADDRESS | CLIENT NO | EMP. NO | CHECK DATE | CHECK NO |
|---|---|---|---|---|---|---|---|---|
| Lori Adams | 386 Reynolds St, Apt 4, Kingston, PA 18704 | BCM Security Services, Inc. | 125 N Wilkes Barre Blvd Side 1A, Wilkes Barre, PA 18702 | 125 N Wilkes Barre Blvd Side 1A, Wilkes Barre, PA 18702 | 7100 | 269706 | 2/6/2026 | 1448477 |

Pay Period: 01/17/2026 To 01/30/2026

| | GROSS PAY | TIPS & NON-PAY | TAXES | DEDUCTIONS | NET PAY AFTER TAX | DIR DEPOSIT | FED TAXABLE |
|---|---|---|---|---|---|---|---|
| This Check | $1,384.62 | | $247.57 | $0.00 | $1,137.05 | $1,137.05 | $1,384.62 |
| Year to Date | $4,153.86 | | $742.70 | $0.00 | $3,411.16 | $3,411.16 | $4,153.86 |

| CURRENT WAGES | | | |
|---|---|---|---|
| WAGES | HOURS | RATE | AMOUNT THIS CHECK |
| Salary | 80.00 | $17.31 | $1,384.62 |
| Total | 80.00 | | $1,384.62 |

| YEAR TO DATE WAGES | |
|---|---|
| WAGES | AMOUNT YEAR-TO-DATE |
| Salary | $4,153.86 |
| Total | $4,153.86 |

| DEDUCTIONS AND TAXES | | |
|---|---|---|
| DEDUCTIONS AND TAXES | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE |
| FIT | $82.31 | $246.93 |
| PSD 400907 - Wilkes Barre City - EIT - Wilkes-Barre A S D | $13.85 | $41.55 |
| PSD 400907 - Wilkes Barre City - LST - Wilkes-Barre A S D | $2.00 | $6.00 |
| PA | $42.51 | $127.53 |
| FICA SS | $85.85 | $257.54 |
| FICA Med | $20.08 | $60.24 |
| PA Unemployment Employee | $0.97 | $2.91 |
| Total Deductions | $247.57 | $742.70 |